**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sheila TOLBERT, Defendant– Appellant.**

No. 07–12220
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 15, 2007.

Cynthia Maisano, Hagler & Hyles, Columbus, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Cynthia Maisano, appointed counsel for Sheila Tolbert, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record confirms counsel's representation that there are no issues of arguable merit for an appeal, the motion to withdraw is **GRANTED** and Tolbert's revocation of supervised release and sentence are **AFFIRMED.**